Opinion by Haralson, J.

————

# *Ex parte* John, Admr. &c.

*Petition for Mandamus.*

Sam. Will John, for petitioner.

Garrett & Underwood, Lane & White and Tillman & Campbell, for appellee.

This was an original petition for *mandamus* filed in this court. The petitioner, claiming to be the administra-

tor *de bonis non* of the insolvent estate of George Lunsford, by appointment of the probate court of Jefferson county, filed his petition addressed to this court, asking for the issuance of a peremptory writ of *mandamus* to the chancellor presiding over the chancery court of Jefferson county—which court had jurisdiction of said estate and its administration by decree, and which had before, on application for a receiver, made decrees refusing to admit the present petitioner, John, as a party to said proceedings appointing one F. W. Dixon receiver—requiring said chancellor "to vacate and set aside said decrees refusing to admit the petitioner to be a party to said cause, and commanding the chancellor to recognize him as the administrator *de bonis non* of the estate of George Lunsford, deceased.

The writ of *mandamus* was awarded on the authority of *Lunsford v. Lunsford, ante,* p. 242.